**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 14-cr-00251-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TROY THORSON,

    Defendant.

---

**ORDER GRANTING MOTION FOR RELEASE FROM CUSTODY AS TO TROY THORSON**

---

    This matter is before the Court on Defendant Troy Thorson's Motion for Release from Custody.  (Doc. # 86.)  The Government does not object to Defendant's request indicating that, as a result of this Court's ruling on the Motion to Suppress, the Government's remaining evidence against Defendant is minimal and the Government will not be able to proceed to trial pending appeal.  A balancing of the factors in Title 18 U.S.C. § 3142 require that this Court GRANT Defendant's Request for Forthwith Release.  Defendant is released on his own recognizance.  SO ORDERED.

DATED: July 16, 2015                        BY THE COURT:

                                                                      _____
                                                                      CHRISTINE M. ARGUELLO
                                                                      United States District Judge